IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3106 |
| vs. | ORDER |
| JAMES ESSEX, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 36) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to defendant James Essex.

3. The indictment is dismissed without prejudice only as to defendant James Essex.

Dated this 18th day of November, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge